**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**IN RE: DANIL EZEKIEL FAUST**
**AKA DANIL BERGER,**
**Danilo Augusto Feliciano**

**Debtor**

---

**Danilo Augusto Feliciano**

**Plaintiff-Appellant**

**v**

**STATE OF LOUISIANA,** and
**ROBERT KYLE ARDOIN** *in his official capacity as Secretary of State of Louisiana*

**Defendant-Appellees**

**Case No.** 22-00233-ELG
**Chapter 7**

**Adversary Proceeding No. 23-10010-ELG in the Bankruptcy Court**

**Civil Action No.** 1:23-cv-02567-DLG

**Judge Dabney L. Friedrich**

**MOTION TO MODIFY THE RECORD ON APPEAL**

COMES NOW, Danilo Augusto Feliciano, formerly known as DANIL EZEKIEL FAUST, pursuant to Rule 8009 (e)(2)(B) of the Federal Rules of Bankruptcy Procedure to request modification of the record on appeal to include documents in this case that were not included in the clerk's transcript. Copies of the documents to be added to the record are attached to this motion. Those documents are:

Case 22-00233-ELG

1. *Motion by Respondent to Participate in Electronic Filing* dated 21 February 2023 (ECF No. 50) [4 pages]
2. *Order Denying Motion* dated 24 February 2023 (ECF No. 52) [1 page]

Case 23-010010-ELG

1. *Complaint* dated 16 March 2023 (ECF No. 1) [14 pages]

RECEIVED
SEP - 8 2023
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

2. *Motion in Limine to Prevent Defendant from Proffering Inconsistent Evidence* dated 16 March 2023 (ECF No. 2) [5 pages]
3. *Motion to Dismiss Adversary Proceeding* dated 21 April 2023 (ECF No. 16) [10 pages]
4. *Order Granting Defendant's Motion to Dismiss* dated 17 May 2023 (ECF No. 20) [4 pages]

Case No. 2022 CAB 5640

1. *Order Granting Change of Name* dated 13 April 2023 [1 page]

Documents Included in Transmittal of Record (All Documents from 23-010010-ELG):

1. *Motion for an Order Certifying Direct Appeal to the U.S. Court of Appeals for the District of Columbia* (ECF No. 23)
2. *Motion for Leave to Extend Time to Appeal*, *Notice of Appeal* and *Statement of Election* & Attachments (ECF No. 24)
3. *Defendants' Objection to Motion to Extend Time to Appeal* (ECF No. 25)
4. *Defendants' Objection to Motion to Certify Appeal to the United States Court of Appeals for the District of Columbia* (ECF No. 26)
5. *Response to Defendant's Objection to Motion to Extend Time to Appeal* (ECF No. 27)
6. *Response to Defendants' Objections to Motion to Certify Appeal to the United States Court of Appeals for the District of Columbia* (ECF No. 28)
7. *Order Denying Debtor's Motions* (ECF No. 29)
8. *Notice of Appeal to District Court* (ECF No. 30)
9. *Amended Notice of Appeal to District Court* (ECF No. 31)
10. *Motion for Expedited Consideration* (ECF No. 33)
11. *Motion for an Order Certifying Direct Appeal to the United States Court of Appeals for the District of Columbia* (ECF No. 34)
12. *Objection to Motion an Order Certifying Direct Appeal to the United States Court of Appeals for the District of Columbia* (ECF No. 35)

Plaintiff-Appellant is requesting that these documents be added to the record because he was unaware of the requirement to designate which documents were to be sent to the District Court

on appeal. Having been made aware of this defect, the Plaintiff-Appellant is seeking to augment the record on appeal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 8 September 2023.

Respectfully Submitted,

Danilo Augusto Feliciano
1313 New York Ave NW
Basement
Washington, DC 20005
202-505-1841
daniloafeliciano@gmail.com