## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 8009 (e)(2)(B) of the Federal Rules of Bankruptcy Procedure allows for correcting or modifying the record on appeal. Modification should be ordered to allow plaintiff-appellant to receive full and fair review in the United States District Court.

The need for augmentation here is compelling. Plaintiff-Appellant believes that the trial court should have included these documents despite Plaintiff-Appellant's failure to designate the record. The issue can only be properly reviewed if the original complaint with documentation, along with the Defendant-Appellee's *Motion to Dismiss Adversary Proceeding* with the subsequent *Order Granting Defendant's Motion to Dismiss* are included. In addition, the Plaintiff-Appellant's *Motion by Respondent to Participate in Electronic Filing* and the *Order Denying Motion* are key components to the issues raised on appeal.

Not only is modification of the record necessary, it will not prejudice any party. The augmentation request contains no new information or documents. All documents being added are all part of the original record and are either from the original bankruptcy proceeding or the original adversary proceeding. Additionally, the augmentation will not cause a substantial delay in this appeal.

## CONCLUSION

For the above reasons, this Court should order the record to be augmented on appeal by including the reporter's transcript or documents requested in this motion.

Dated: 8 September 2023

Respectfully Submitted,

Danilo Augusto Feliciano
1313 New York Ave NW
Basement
Washington, DC 20005
202-505-1841
daniloafeliciano@gmail.com