**DECLARATION IN SUPPORT OF MOTION TO MODIFY THE RECORD**

I, Danilo Augusto Feliciano, the Plaintiff-Appellant, declare and state as follows:

1. The Plaintiff-Appellant is proceeding *in propria persona* in this litigation.
2. On 28 July 2023, I submitted a notice of appeal in adversary proceeding No. 23-010010 to the United States Bankruptcy Court.
3. I was unaware of the requirement to designate the record.
4. I wrongly assumed that the court would certify the entire record upon appeal, including the *Motion by Respondent to Participate in Electronic Filing* (ECF No. 50) and subsequent *Order Denying Motion* (ECF No. 52) in the originating bankruptcy filing (Case No. 22-00233-ELG) which contain facts which are material to this issue. The inclusion of these documents is therefore a necessary element of the record on appeal.
5. Because the documents requested are attached to this motion, there will be no significant delay, and possibly no delay at all with this appeal.
6. I know of no prejudice to any party as a result of the granting of this motion.
7. This motion is made in good faith for the reasons set forth above and not for the purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 8 September 2023.

Respectfully Submitted,

Danilo Augusto Feliciano
1313 New York Ave NW
Basement
Washington, DC 20005
202-505-1841
daniloafeliciano@gmail.com